IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK KENNETH BENSON,

    Petitioner,                       No. CIV S-06-1584 GEB PAN P

    vs.

MATT KRAMMER, Warden, et al.,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

/////

1

1   2. Petitioner's traverse, if any, is due on or before thirty days from the date
2 respondents' answer is filed;
3   3. The Clerk of the Court shall serve a copy of this order together with a copy of
4 petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney
5 General.
6 DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
bens1584.100feejfm