IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN KENNETH BENSON,

    Petitioner,          No. CIV S-06-1584 GEB EFB P

    vs.

MATT KRAMER, Warden, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 8, 2006, respondents requested an extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' September 8, 2006, request for an extension of time is granted and respondents' have 30 days from the date this order is served to file and serve a response to the petition.

Dated: September 29, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE