IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK KENNETH BENSON,

    Petitioner,                    No. CIV S-06-1584 GEB EFB P

    vs.

MATT C. KRAMMER, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 28, 2006, the court gave respondents 45 days to respond to the petition. On September 29, 2006, the court granted respondents a 30-day extension of time.

        The 30 days have passed and respondents have not filed a response to the petition.

        Accordingly, it is ORDERED that within 15 days of the date this order is served, respondents shall file and serve a response to the petition or a written explanation of why they cannot.

Dated: November 20, 2006.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE