IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK KENNETH BENSON,

    Petitioner,                    No. CIV S 06-1584 GEB EFB P

    vs.

MATT C. KRAMMER, et al.,

    Respondents.              <u>ORDER</u>

                              /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 29, 2006, the court gave respondents a 30-day extension to file and serve a response to the petition. On November 21, 2006, the court directed respondents to explain in writing why they failed to file and serve a response. Review of the docket shows that on November 15, 2006, respondent filed and served an answer.

       Accordingly, it is hereby ORDERED that the November 21, 2006, order is vacated.

Dated: November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE