# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | | |
|---|---|---|
| FRANK KENNETH BENSON, | ) | Case No. 2:06-CV-01584-MMS (HC) |
| Petitioner, | ) | ORDER |
| v. | ) | |
| MATT KRAMMER, Warden, et al., | ) | |
| Respondents. | ) | |

On April 7, 2009, this case was stayed pending the outcome of the en banc decision in *Hayward v. Marshall*. The Ninth Circuit has issued its opinion in this case. *See Hayward v. Marshall*, – F.3d –, 2010 WL 1664977, (9th Cir. 2010) (en banc). The parties are directed to file simultaneous memoranda within thirty (30) days of this order on the applicability of *Hayward* to the pending petition. Briefs shall not exceed 2,000 words.

DATED:   June 1, 2010

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation